No. 98–943. HOLLMAN v. WILSON, SUPERINTENDENT, RE-
TREAT CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Cer-
tiorari denied. ▉

No. 98–949. DURAN v. CNO, INC. Ct. App. N. M. Certio-
rari denied.

No. 98–951. BREEDLOVE v. SKY BRYCE ASSN., INC., ET AL.
C. A. 4th Cir. Certiorari denied. ▉

No. 98–952. GIBSON v. KENTUCKY. Ct. App. Ky. Certiorari
denied.

No. 98–954. ANDERSON v. IMPERIAL CENTER V, L. P., ET AL.
C. A. 9th Cir. Certiorari denied. ▉

No. 98–962. POLYAK v. SOOKER ET AL. Dist. Ct. App. Fla.,
4th Dist. Certiorari denied.

No. 98–964. EDWARDS v. CALIFORNIA UNIVERSITY OF PENN-
SYLVANIA ET AL. C. A. 3d Cir. Certiorari denied. ▉

No. 98–965. FOXWORTH v. RICHARDSON, MARION COUNTY
SHERIFF, ET AL. C. A. 4th Cir. Certiorari denied. ▉

No. 98–967. SPARKS v. MATTOX & MATTOX. Ct. App. Ind.
Certiorari denied. ▉

No. 98–969. HARMONIC DESIGN, INC., ET AL. v. HUNTER
DOUGLAS, INC., ET AL. C. A. Fed. Cir. Certiorari denied. ▉

No. 98–971. TRULL v. TRULL ET AL. App. Ct. Ill., 2d Dist.
Certiorari denied. ▉

No. 98–974. FOX v. FOX. Ct. Sp. App. Md. Certiorari denied. ▉

No. 98–975. LAVODIE, SUCCESSOR DIRECTOR-TRUSTEE FOR
3011 CORP., T/A U. S. BOOKS, ET AL. v. CASSILLY, INDIVIDUALLY
AND AS STATES ATTORNEY, HARFORD COUNTY, MARYLAND,
ET AL. C. A. 4th Cir. Certiorari denied. ▉